■ GLORIA CAVALIERE, Respondent, v 1515 BROADWAY FEE OWNER, LLC, Appellants, et al., Defendant. [52 NYS3d 910]—In an action to recover damages for personal injuries, the defendants 1515 Broadway Fee Owner, LLC, SL Green Realty Corp., and Transel Elevator & Electric, Inc., also known as Transel Elevator, Inc., appeal from an order of the Supreme Court, Queens County (Pineda-Kirwan, J.), dated October 19, 2015, which denied their motion for leave to reargue their prior motion pursuant to CPLR 3211 (a) to dismiss the complaint insofar as asserted against them or, alternatively, for summary judgment dismissing the complaint insofar as asserted against them.

Ordered that the appeal is dismissed, with costs.

No appeal lies from the denial of a motion for leave to reargue (*see Boakye-Yiadom v Roosevelt Union Free School Dist.*, 57 AD3d 929, 930 [2008]). Thus, this appeal must be dismissed. Hall, J.P., Sgroi, Maltese and Duffy, JJ., concur.